UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:18 CR 748 CDP |
| JAMETRIC STEELE, | ) | |
| Defendant. | ) | |

# **MEMORANDUM AND ORDER**

This matter is before the Court on defendant Jametric Steele's motions to suppress evidence. Pretrial motions in this case were referred to United States Magistrate Judge David D. Noce, under 28 U.S.C. § 636(b). Judge Noce held an evidentiary hearing and received post-hearing briefs from the parties, and then issued an Order and Recommendation. Judge Noce recommended that the motions to suppress evidence be denied with the exception of drugs and drug-related evidence. Defendant objected to Judge Noce's recommendation that firearms and other evidence be suppressed, arguing, as he had earlier, that the search warrant was not supported by probable cause and that the information in it was stale. The United States has not objected to Judge Noce's recommendation regarding suppression of the drugs and drug-related items.

I have conducted a *de novo* review of all materials relevant to these motions, including the motions and briefs, the search warrant application itself, the testimony presented to Judge Noce at the evidentiary hearing, and the objections filed by defendant. I will adopt and sustain the reasoning of Magistrate Judge Noce set forth in support of his recommended rulings, and I will deny the motions to suppress evidence except to the extent he recommended.

My independent review shows that the affidavit in support of the search warrant contained ample probable cause to believe that firearms, evidence of sex trafficking and evidence of residency would be found at the residence. The length of time between the receipt of the information and the application and later search was not so long that the information had become stale. Judge Noce correctly recited the facts as set out in the evidence and correctly analyzed and applied the governing law.

Accordingly,

**IT IS HEREBY ORDERED** that the Order and Recommendation of the United States Magistrate Judge [65] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's oral and written motions to suppress evidence [22, 65] are denied, except as to the drug-related items that

Judge Noce recommended be suppressed.

**IT IS FURTHER ORDERED** that this case is set for **jury trial** on **Wednesday, November 6, 2019 at 8:30 a.m.** in Courtroom 14 South.

**IT IS FURTHER ORDERED** that a **final pretrial hearing** will be held on **Monday, October 21, 2019 at 1:00 p.m.** in Courtroom 14-South. At that hearing the parties will be expected to discuss the length of the trial and any evidentiary or other issues that may arise during trial, and to make a record of any plea offers that may have been made by the government and rejected by defendant as discussed in *Missouri v. Frye*, 566 U.S. 133, 145-47 (2012). **If the defendant decides to change his plea, he may do so at this time, or at an earlier date by contacting my chambers.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of October, 2019.